# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES KEVIN GUIDRY AND
CHRISTINA GUIDRY

NO.   2023 CW 0235

VERSUS

JASON E. SMITH, M.D.

**APRIL 24, 2023**

---

In Re:   James Kevin Guidry and Christina Guidry, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 716889.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.S.__

DEPUTY CLERK OF COURT
FOR THE COURT